JUDGE RAKOFF **OFFICE COPY** CV 3790

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MASTER FUND, L.P., | Plaintiff, |
| -v- | Case No._____ |
| WM ASSET HOLDINGS CORP. CI 2007-WM2, et al. | **Rule 7-1 Statement** |
|  | Defendant. |

RECEIVED APR 18 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GOOD HILL PARTNERS L.P _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** April 18, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** NR 8807