# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| GOOD HILL PARTNERS | vs WM ASSET HOLDINGS CORP. | 08CIV3730 RAKOFF |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **B. TUSTISON**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **WAMU ASSET ACCEPTANCE CORP**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **SEE ATTACHED LIST OF DOCUMENTS SERVED.**

by leaving with **DEBRA KEGEL, SENIOR VICE PRESIDENT, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF COMPANY** At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☒ Business **17875 VON KARMAN AVE., IRVINE, CA.**
ADDRESS    CITY / STATE

On **4-25-08** AT **1:00PM**
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE    TIME    DATE    TIME

(3) _____ (4) _____ (5) _____
DATE    TIME    DATE    TIME    DATE    TIME

Description: Age **55** Sex **F** Race **CAUC** Height **5'4"** Weight **130#** Hair **GREY** Beard ____ Glasses ____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **29TH** day of **APRIL**, 20 **08**, by **B. TUSTISON**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



DONNA SANDERS
Commission # 1788510
Notary Public - California
Orange County
My Comm. Expires Jan 30, 2012

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **CALIFORNIA**

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

JUDGE RAKOFF    ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

GOOD HILL PARTNERS L.P. ON BEHALF OF
GOOD HILL MASTER FUND, L.P.,

Plaintiff,

V.

WM ASSET HOLDINGS CORP. CI 2007-WM2,
WM ASSET HOLDINGS CO 2007-WM2 LLC,
WM ASSET HOLDINGS CORP., WAMU ASSET
ACCEPTANCE CORP., WAMU CAPITAL
CORP., WASHINGTON MUTUAL BANK, and
WASHINGTON MUTUAL, INC.

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3730

TO: (Name and address of Defendant)

    See Annexed List of Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Mark S. Cohen
    Nathaniel P.T. Read
    COHEN & GRESSER LLP
    100 Park Avenue, 23rd Floor
    New York, NY 10017
    (212) 957-7600

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    APR 1 8 2008

CLERK    DATE

(By) DEPUTY CLERK

# **LIST OF DEFENDANTS:**

1. WM Asset Holdings Corp. CI 2007-WM2
   c/o Deutsche Bank (Cayman) Limited
   P.O. Box 1984
   George Town, Grand Cayman, KY1-1104, Cayman Islands

2. WM Asset Holdings CI 2007-WM2 LLC
   850 Library Avenue, Suite 204
   Newark, Delaware 19711

3. WM Asset Holdings Corp.
   c/o Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, Delaware 19808

4. WaMu Asset Acceptance Corp.
   1400 South Douglass Road, Suite 100
   Anaheim, California 92806

5. WaMu Capital Corp.
   1301 Second Avenue
   Seattle, Washington 98101

6. Washington Mutual Bank
   1301 Second Avenue
   Seattle, Washington 98101

7. Washington Mutual, Inc.
   1301 Second Avenue
   Seattle, Washington 98101