UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MASTER FUND, L.P.,<br><br>         Plaintiff(s),<br>Vs.<br><br>WM ASSET HOLDINGS CORP. CI 2007-WM2; et al.,<br><br>         Defendant(s). | NO. 08-CIV-3730<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; CIVIL COVER SHEET; COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL RULES OF PRACTICE HON. JED S. RAKOFF; PROCEDURES FOR ELECTRONIC CASE FILING; GUIDELINES FOR ELECTRONIC CASE FILING. |

STATE OF WASHINGTON )
          ) ss.
COUNTY OF KING    )

The undersigned, being first duly sworn, on oath states:

  That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

  That at 9:14 A.M. on April 24th, 2008, at 1301 Second Avenue, 35th Floor, Seattle, Washington, I duly served the above-described documents in the above-described matter upon Washington Mutual Capital Corporation, by then and there personally delivering a true and correct copy thereof by leaving the same with Jamie Buhl, Administrative Assistant.

         _____
         JUSTIN PHILLIPS   KING CO. # 9307249

Service Fees:
Ferry tolls:   SUBSCRIBED AND SWORN to before me on: APR 2 8 2008
Travel:
SSA:
Trace:
Bad Address:            _____
Aff./Notary Fee:           WILLIAM P. LUTKUS
Special Fee:            NOTARY PUBLIC in and for the State
Wait:               of Washington residing at: Seattle.
                My commission expires: 10-01-10.
_____
 TOTAL $

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

GOOD HILL PARTNERS L.P. ON BEHALF OF
GOOD HILL MASTER FUND, L.P.,

Plaintiff,

V.

WM ASSET HOLDINGS CORP. CI 2007-WM2,
WM ASSET HOLDINGS CO 2007-WM2 LLC,
WM ASSET HOLDINGS CORP., WAMU ASSET
ACCEPTANCE CORP., WAMU CAPITAL
CORP., WASHINGTON MUTUAL BANK, and
WASHINGTON MUTUAL, INC.

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3730

TO: (Name and address of Defendant)

   See Annexed List of Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Cohen
Nathaniel P.T. Read
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
(212) 957-7600

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 18 2008

CLERK                                           DATE

(By) DEPUTY CLERK

# LIST OF DEFENDANTS:

1. WM Asset Holdings Corp. CI 2007-WM2
   c/o Deutsche Bank (Cayman) Limited
   P.O. Box 1984
   George Town, Grand Cayman, KY1-1104, Cayman Islands

2. WM Asset Holdings CI 2007-WM2 LLC
   850 Library Avenue, Suite 204
   Newark, Delaware 19711

3. WM Asset Holdings Corp.
   c/o Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, Delaware 19808

4. WaMu Asset Acceptance Corp.
   1400 South Douglass Road, Suite 100
   Anaheim, California 92806

5. WaMu Capital Corp.
   1301 Second Avenue
   Seattle, Washington 98101

6. Washington Mutual Bank
   1301 Second Avenue
   Seattle, Washington 98101

7. Washington Mutual, Inc.
   1301 Second Avenue
   Seattle, Washington 98101