# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Good Hill Partners L.P., on behalf of Good Hill
Master Fund, L.P.
Plaintiff(s)
v
WM Asset Holdings Corp. CI 2007-WM2, et al
Defendant(s)

Case No: '08 CIV 3730

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served WM Asset Holdings Corp.

with the documents: Summons; Complaint with Jury Trial Demanded; Civil Cover Sheet; Individual Practices of Judge Francis; and Individual Rules of Practice of the Honorable Jed S. Rakoff

Person Served: Mary Drummond, Managing Agent duly authorized to accept service.

Service Address: Corporation Service Company, 2711 Centerville Rd., # 400, Wilmington, DE 19808

Date of Service: April 23, 2008          Time of Service: 3:06 PM

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 40's  Sex: F   Race: B   Hgt: 5'6"   Wgt: 135   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 24, 2008        at   Wilmington,      Delaware
Date                       City             State

_____
Daniel Newcomb, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on April 24, 2008

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GOOD HILL PARTNERS L.P. ON BEHALF OF
GOOD HILL MASTER FUND, L.P.,

Plaintiff,

V.

WM ASSET HOLDINGS CORP. CI 2007-WM2,
WM ASSET HOLDINGS CO 2007-WM2 LLC,
WM ASSET HOLDINGS CORP., WAMU ASSET
ACCEPTANCE CORP., WAMU CAPITAL
CORP., WASHINGTON MUTUAL BANK, and
WASHINGTON MUTUAL, INC.

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3730

TO: (Name and address of Defendant)

See Annexed List of Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Cohen
Nathaniel P.T. Read
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
(212) 957-7600

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 18 2008

CLERK                                            DATE

(By) DEPUTY CLERK

# LIST OF DEFENDANTS:

1. WM Asset Holdings Corp. CI 2007-WM2
   c/o Deutsche Bank (Cayman) Limited
   P.O. Box 1984
   George Town, Grand Cayman, KY1-1104, Cayman Islands

2. WM Asset Holdings CI 2007-WM2 LLC
   850 Library Avenue, Suite 204
   Newark, Delaware 19711

3. WM Asset Holdings Corp.
   c/o Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, Delaware 19808

4. WaMu Asset Acceptance Corp.
   1400 South Douglass Road, Suite 100
   Anaheim, California 92806

5. WaMu Capital Corp.
   1301 Second Avenue
   Seattle, Washington 98101

6. Washington Mutual Bank
   1301 Second Avenue
   Seattle, Washington 98101

7. Washington Mutual, Inc.
   1301 Second Avenue
   Seattle, Washington 98101