UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOOD HILL PARTNERS L.P. ON BEHALF OF : x
GOOD HILL MASTER FUND, L.P., :
                                         : Case No.: 08 CIV 3730
                    Plaintiff, :
                                 :
        - against -             : **AFFIDAVIT OF SERVICE UPON**
                                 : **WM ASSET HOLDINGS CORP.**
WM ASSET HOLDINGS CORP. CI 2007-WM2, : **CI 2007-WM2**
WM ASSET HOLDINGS CO 2007-WM2 LLC, :
WM ASSET HOLDINGS CORP., WAMU ASSET :
ACCEPTANCE CORP., WAMU CAPITAL CORP., :
WASHINGTON MUTUAL BANK, and :
WASHINGTON MUTUAL, INC. :
                                 :
                   Defendants. :
                                    x

---

I, Patricia Dawkins, Process Server, do hereby make oath and do solemnly swear:

1. That I am a non-party to this action over the age of 21 years and a resident of the Cayman Islands, which is a territory of the United Kingdom;

2. That I am employed as a clerk by Broadhurst Barristers, a law firm whose business address is 40 Linwood Street, George Town, Grand Cayman, Cayman Islands, and am authorized to serve legal process in the Cayman Islands;

3. That on or about May 15, 2008, I was instructed by Kyle Broadhurst, a barrister and attorney admitted to practice law in the Cayman Islands employed by Broadhurst Barristers, in turn acting upon the instructions of Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn acting on the instructions of plaintiff's attorneys of the US law firm Cohen & Gresser LLP, to effect service of the following documents upon defendant WM Asset Holdings Corp. CI 2007-WM2 ("WM"):

    • Hague Service Convention "Notice"
    • Hague Service Convention "Summary of the Document to be Served" with Attachment A

- Summons in a Civil Action
- Complaint
- Civil Cover Sheet with Attachment
- Individual Rules of Practice – Hon. Jed S. Rakoff
- Individual Practices of Judge Francis
- 3rd Amended Instructions for Filing an Electronic Case or Appeal
- Procedures for Electronic Case Filing
- Guidelines for Electronic Case Filing

4. That according to the Cayman Islands Registrar of Companies, the registered office and address for service of process upon WM is c/o Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Ave., George Town, Grand Cayman, KY2-2204, Cayman Islands (See Cayman Islands Registrar of Companies report, attached hereto as Exhibit A);

5. That on the 15th day of May 2008 at approximately 4:00 p.m., I did personally travel to the above-referenced address at Boundary Hall where I met with a gentleman who identified himself as Andy Harding, Assistant Manager, who confirmed that he was authorized to accept service of process on behalf of WM Asset Holdings Corp. CI 2007-WM2; that I handed the above-referenced documents to him and informed him he was being served with legal process on behalf of WM Asset Holdings Corp. CI 2007-WM2;

6. That Mr. Harding accepted the documents and then signed and dated Broadhurst Barristers' cover letter, attached hereto as Exhibit B, as confirmation of receipt of the documents;

7. That Mr. Harding is caucasian, in his early 40s, approximately 5'7" tall with a slim build and gray hair;

8. That I believe service upon WM Asset Holdings Corp. CI 2007-WM2 to have been effected in accordance with a method prescribed by the internal laws of the Cayman Islands for civil matters within this jurisdiction and thus in accordance with sub-paragraph (b) of Article 10 of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

9. That all information herein given accords with the rules and customary procedures applicable and operative in the Cayman Islands at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and the Cayman Islands that the foregoing statements are true and accurate to the best of my knowledge and belief.

_____
Patricia Dawkins, Process Server

Sworn before me in George Town    )
Grand Cayman, Cayman Islands      )
This 22nd day of May 2008         )

_____
Notary Public

# EXHIBIT A

# CAYMAN ISLANDS REGISTRAR OF COMPANIES
# SEARCH REPORT FOR
# WM ASSET HOLDINGS CORP. CI 2007-WM2



CAYMAN ISLANDS

# Search Report

| | |
|---|---|
| **Entity Name :** | WM Asset Holdings Corp. CI 2007-WM2 |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 185932 |
| **Registration Date :** | 19 April 2007 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | DEUTSCHE BANK (CAYMAN) LIMITED<br>PO BOX    1984    GT<br>BOUNDARY HALL, CRICKET SQUARE<br>171 ELGIN AVE. |
| **Status :** | ACTIVE |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

# EXHIBIT B

## SIGNED LETTER CONFIRMING SERVICE

# BROADHURST BARRISTERS

May 15, 2008

**DELIVERED BY HAND**

WM Asset Holdings Corp. CI 2007-WM2
C/o Deutsche Bank (Cayman) Limited
Boundary Hall, Cricket Square
Grand Cayman

Dear Sirs,

Re: **GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MATER FUND, L.P. VS. WM ASSET HOLDINGS CORP. CI 2007-WM2, WM ASSET HOLDINGS CO 2007-WM2 LLC, WM ASSET HOLDINGS CORP., WAMU ASST ACCEPTANCE CORP., WAMU CAPITAL CORP., WASHINGTON MUTUAL BANK, AND WASHINGTON MUTUAL, INC.**

We have been instructed with respect to the service of the following documents upon you:

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary of the Document Served" with Attachment "A"
3. Summons in a Civil Action
4. Complaint
5. Civil Cover Sheet with Attachment
6. Individual Rules of Practice – Hon. Jed S. Rakoff
7. Individual Practices of Judge Francis
8. 3rd Amended Instructions for Filing an Electronic Case or Appeal
9. Procedures for Electronic Case Filing
10. Guidelines for Electronic Case Filing

The documents have been attached to this letter. We would be grateful if you would confirm receipt by executing this letter and by executing the duplicate copy of the documents also appended hereto.

Yours sincerely,
**Broadhurst Barristers**

Kyle Broadhurst

Attorneys-at-Law

JUDGE RAKOFF    **ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

GOOD HILL PARTNERS L.P. ON BEHALF OF
GOOD HILL MASTER FUND, L.P.,

Plaintiff,

V.

WM ASSET HOLDINGS CORP. CI 2007-WM2,
WM ASSET HOLDINGS CO 2007-WM2 LLC,
WM ASSET HOLDINGS CORP., WAMU ASSET
ACCEPTANCE CORP., WAMU CAPITAL
CORP., WASHINGTON MUTUAL BANK, and
WASHINGTON MUTUAL, INC.

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3730

TO: (Name and address of Defendant)

   See Annexed List of Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Mark S. Cohen
   Nathaniel P.T. Read
   COHEN & GRESSER LLP
   100 Park Avenue, 23rd Floor
   New York, NY 10017
   (212) 957-7600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         APR 1 8 2008

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **LIST OF DEFENDANTS:**

1. WM Asset Holdings Corp. CI 2007-WM2
   c/o Deutsche Bank (Cayman) Limited
   P.O. Box 1984
   George Town, Grand Cayman, KY1-1104, Cayman Islands

2. WM Asset Holdings CI 2007-WM2 LLC
   850 Library Avenue, Suite 204
   Newark, Delaware 19711

3. WM Asset Holdings Corp.
   c/o Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, Delaware 19808

4. WaMu Asset Acceptance Corp.
   1400 South Douglass Road, Suite 100
   Anaheim, California 92806

5. WaMu Capital Corp.
   1301 Second Avenue
   Seattle, Washington 98101

6. Washington Mutual Bank
   1301 Second Avenue
   Seattle, Washington 98101

7. Washington Mutual, Inc.
   1301 Second Avenue
   Seattle, Washington 98101