UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MASTER FUND, L.P., | : : : | **ECF Case** <br> **Electronically Filed** |
| Plaintiff, | : : | Case No. 08 Civ. 3730 (JSR) |
| -against- | : : | **NOTICE OF APPEARANCE** |
| WM ASSET HOLDINGS CORP. C1 2007-WM2, WM ASSET HOLDINGS CO 2007-WM2 LLC, WM ASSET HOLDINGS CORP., WAMU ASSET ACCEPTANCE CORP., WAMU CAPITAL CORP., WASHINGTON MUTUAL BANK, and WASHINGTON MUTUAL, INC., | : : : : : : : | |
| Defendants. | : | |

-----------------------------------------------------------x

     PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in the above-captioned action as counsel for Defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.  We hereby demand that copies of all notices, papers, and filings be served upon us at the following address:.

     Victor J. Rocco
     victor.rocco@hellerehrman.com
     Jeremy N. Kudon
     jeremy.kudon@hellerehrman.com
     HELLER EHRMAN LLP
     7 Times Square
     New York, NY 10036
     Phone: (212) 832-8300
     Fax: (212) 763-7600

Dated:   New York, New York           HELLER EHRMAN LLP
        June 4, 2008

By: __s/Victor J. Rocco_____
Victor J. Rocco (VR-4191)
(victor.rocco@hellerehrman.com)
Jeremy N. Kudon (JK-8131)
(jeremy.kudon@hellerehrman.com)
7 Times Square
New York, NY 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

*Attorneys for defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.*