UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
GOOD HILL PARTNERS L.P. ON BEHALF : ECF Case
OF GOOD HILL MASTER FUND, L.P.,    : Electronically Filed
                                   :
        Plaintiff,                 : Case No. 08 Civ. 3730 (JSR)
                                   :
    -against-                      : **NOTICE OF APPEARANCE**
                                   :
WM ASSET HOLDINGS CORP. CI 2007-   :
WM2, WM ASSET HOLDINGS CO 2007-    :
WM2 LLC, WM ASSET HOLDINGS CORP.,  :
WAMU ASSET ACCEPTANCE CORP.,       :
WAMU CAPITAL CORP., WASHINGTON     :
MUTUAL BANK, and WASHINGTON        :
MUTUAL, INC.,                      :
                                   :
        Defendants.                :
-----------------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned action as counsel for Defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc. Demand is hereby made that copies of all notices, papers, and filings be served upon the following:

    Jeremy N. Kudon
    jeremy.kudon@hellerehrman.com
    HELLER EHRMAN LLP
    7 Times Square
    New York, NY 10036
    Phone: (212) 832-8300
    Fax: (212) 763-7600

Dated:   New York, New York            HELLER EHRMAN LLP
         June 11, 2008

                                       By: __/s/Jeremy Kudon
                                       Jeremy N. Kudon  (JK-8131)
                                       jeremy.kudon@hellerehrman.com
                                       7 Times Square
                                       New York, NY 10036
                                       Phone: (212) 832-8300
                                       Fax: (212) 763-7600

                                       *Attorneys for defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.*