UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MASTER FUND, L.P., | ECF Case <br> Electronically Filed |
| Plaintiff, | Case No. 08 Civ. 3730 (JSR) |
| -against- | **NOTICE OF APPEARANCE** |
| WM ASSET HOLDINGS CORP. CI 2007-WM2, WM ASSET HOLDINGS CO 2007-WM2 LLC, WM ASSET HOLDINGS CORP., WAMU ASSET ACCEPTANCE CORP., WAMU CAPITAL CORP., WASHINGTON MUTUAL BANK, and WASHINGTON MUTUAL, INC., | |
| Defendants. | |

-----------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned action as counsel for Defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc. Demand is hereby made that copies of all notices, papers, and filings be served upon the following:

Victor J. Rocco
victor.rocco@hellerehrman.com
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

| | |
|---|---|
| Dated: New York, New York<br>June 11, 2008 | HELLER EHRMAN LLP<br><br>By: __s/Victor J. Rocco_____<br>Victor J. Rocco (VR-4191)<br>(victor.rocco@hellerehrman.com)<br>7 Times Square<br>New York, NY 10036<br>Phone: (212) 832-8300<br>Fax: (212) 763-7600<br><br>*Attorneys for defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.* |