UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

GOOD HILL PARTNERS L.P. ON BEHALF
OF GOOD HILL MASTER FUND, L.P.,

        Plaintiff,

        -against-

WM ASSET HOLDINGS CORP. CI 2007-WM2, WM ASSET HOLDINGS CO 2007-WM2 LLC, WM ASSET HOLDINGS CORP., WAMU ASSET ACCEPTANCE CORP., WAMU CAPITAL CORP., WASHINGTON MUTUAL BANK, and WASHINGTON MUTUAL, INC.,

        Defendants.

----------------------------------------------------------------x

ELECTRONICALLY FILED

Case No. 08 Civ. 3730 (JSR)

## DEFENDANT WM ASSET HOLDINGS CORP. CI 2007-WM2'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant WM Asset Holdings Corp. CI 2007-WM2, by its attorneys Heller Ehrman LLP, hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       June 27, 2008

           ___/s/ Victor J. Rocco_____
           HELLER EHRMAN LLP
           Victor J. Rocco (VR-4191)
           (victor.rocco@hellerehrman.com)
           7 Times Square
           New York, NY 10036
           Phone: (212) 832-8300
           Fax: (212) 763-7600

           Attorneys for Defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.