UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GOOD HILL PARTNERS L.P. ON BEHALF          :
OF GOOD HILL MASTER FUND, L.P.,            :          ELECTRONICALLY FILED
                                           :
                    Plaintiff,             :          Case No. 08 Civ. 3730 (JSR)
                                           :
              -against-                    :
                                           :
WM ASSET HOLDINGS CORP. CI 2007-           :
WM2, WM ASSET HOLDINGS CO 2007-            :
WM2 LLC, WM ASSET HOLDINGS CORP.,          :
WAMU ASSET ACCEPTANCE CORP.,               :
WAMU CAPITAL CORP., WASHINGTON             :
MUTUAL BANK, and WASHINGTON                :
MUTUAL, INC.,                              :
                                           :
                    Defendants.            :
-------------------------------------------------------------x

### DEFENDANT WM ASSET HOLDINGS CI 2007-WM2 LLC'S
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant WM Asset Holdings CI 2007-

WM2 LLC, by its attorneys Heller Ehrman LLP, hereby states that all of its equity is held by

WM Asset Holdings Corp. CI 2007-WM2, a non-publicly held company, and no publicly held

corporation owns ten percent or more of its stock.

Dated: New York, New York
       June 27, 2008                    ___/s/ Victor J. Rocco_____
                                        HELLER EHRMAN LLP
                                        Victor J. Rocco (VR-4191)
                                        (victor.rocco@hellerehrman.com)
                                        7 Times Square
                                        New York, NY 10036
                                        Phone: (212) 832-8300
                                        Fax: (212) 763-7600

                                        Attorneys for Defendants WM Asset Holdings
                                        Corp. CI 2007-WM2, WM Asset Holdings CI
                                        2007-WM2 LLC, WM Asset Holdings Corp.,
                                        WaMu Asset Acceptance Corp., WaMu Capital

Corp., Washington Mutual Bank, and
Washington Mutual, Inc.