UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
GOOD HILL PARTNERS L.P. ON BEHALF
OF GOOD HILL MASTER FUND, L.P.,        :       ELECTRONICALLY FILED

       Plaintiff,        :       Case No. 08 Civ. 3730 (JSR)

    -against-        :

WM ASSET HOLDINGS CORP. CI 2007-
WM2, WM ASSET HOLDINGS CO 2007-
WM2 LLC, WM ASSET HOLDINGS CORP.,
WAMU ASSET ACCEPTANCE CORP.,
WAMU CAPITAL CORP., WASHINGTON
MUTUAL BANK, and WASHINGTON
MUTUAL, INC.,

       Defendants.        :
-------------------------------------------------------------x

## DEFENDANT WM ASSET HOLDINGS CORP.'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant WM Asset Holdings Corp., by its attorneys Heller Ehrman LLP, hereby identifies Washington Mutual Bank, a non-publicly held company, as its parent company and Washington Mutual, Inc., a publicly held corporation, as its ultimate parent company.  Washington Mutual, Inc., a publicly held corporation, indirectly owns all of the stock of WM Asset Holdings Corp.

Dated: New York, New York
      June 27, 2008

           ___/s/ Victor J. Rocco_____
           HELLER EHRMAN LLP
           Victor J. Rocco (VR-4191)
           (victor.rocco@hellerehrman.com)
           7 Times Square
           New York, NY 10036
           Phone: (212) 832-8300
           Fax: (212) 763-7600

           Attorneys for Defendants WM Asset Holdings

Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.