UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GOOD HILL PARTNERS L.P. ON BEHALF : 
OF GOOD HILL MASTER FUND, L.P., : ELECTRONICALLY FILED
 :
       Plaintiff, : Case No. 08 Civ. 3730 (JSR)
 :
    -against- :
 :
WM ASSET HOLDINGS CORP. CI 2007- :
WM2, WM ASSET HOLDINGS CO 2007- :
WM2 LLC, WM ASSET HOLDINGS CORP., :
WAMU ASSET ACCEPTANCE CORP., :
WAMU CAPITAL CORP., WASHINGTON :
MUTUAL BANK, and WASHINGTON :
MUTUAL, INC., :
 :
       Defendants. :
---------------------------------------------------------------x

## DEFENDANT WAMU ASSET ACCEPTANCE CORP.'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant WaMu Asset Acceptance Corp., by its attorneys Heller Ehrman LLP, hereby identifies Washington Mutual Bank, a non-publicly held company, as its parent company and Washington Mutual, Inc., a publicly held corporation, as its ultimate parent company.  Washington Mutual, Inc., a publicly held corporation, indirectly owns all of the stock of WaMu Asset Acceptance Corp.

Dated:  New York, New York
       June 27, 2008                              __/s/ Victor J. Rocco_____
                                                       HELLER EHRMAN LLP
                                                       Victor J. Rocco (VR-4191)
                                                       (victor.rocco@hellerehrman.com)
                                                       7 Times Square
                                                     New York, NY 10036
                                                     Phone: (212) 832-8300
                                                     Fax: (212) 763-7600

                                                     Attorneys for Defendants WM Asset Holdings

Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.