UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MASTER FUND, L.P., | : : : | ELECTRONICALLY FILED |
| Plaintiff, | : : | Case No. 08 Civ. 3730 (JSR) |
| -against- | : : | |
| WM ASSET HOLDINGS CORP. CI 2007-WM2, WM ASSET HOLDINGS CO 2007-WM2 LLC, WM ASSET HOLDINGS CORP., WAMU ASSET ACCEPTANCE CORP., WAMU CAPITAL CORP., WASHINGTON MUTUAL BANK, and WASHINGTON MUTUAL, INC., | : : : : : : : : | |
| Defendants. | : | |

-------------------------------------------------------------x

## DEFENDANT WAMU CAPITAL CORP.'S
## <u>FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, defendant WaMu Capital Corp., by its attorneys Heller Ehrman LLP, hereby identifies Washington Mutual Bank, a non-publicly held company, as its parent company and Washington Mutual, Inc., a publicly held corporation, as its ultimate parent company. Washington Mutual, Inc., a publicly held corporation, indirectly owns all of the stock of WaMu Capital Corp.

Dated: New York, New York
      June 27, 2008

                                      __/s/ Victor J. Rocco_____
                                      HELLER EHRMAN LLP
                                      Victor J. Rocco (VR-4191)
                                      (victor.rocco@hellerehrman.com)
                                      7 Times Square
                                      New York, NY 10036
                                      Phone: (212) 832-8300
                                      Fax: (212) 763-7600

                                      Attorneys for Defendants WM Asset Holdings

Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.