UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GOOD HILL PARTNERS L.P. ON BEHALF :
OF GOOD HILL MASTER FUND, L.P.,  :     ELECTRONICALLY FILED
                                  :
         Plaintiff,               :     Case No. 08 Civ. 3730 (JSR)
                                  :
       -against-                  :
                                  :
WM ASSET HOLDINGS CORP. CI 2007-  :
WM2, WM ASSET HOLDINGS CO 2007-   :
WM2 LLC, WM ASSET HOLDINGS CORP., :
WAMU ASSET ACCEPTANCE CORP.,      :
WAMU CAPITAL CORP., WASHINGTON    :
MUTUAL BANK, and WASHINGTON       :
MUTUAL, INC.,                     :
                                  :
         Defendants.              :
---------------------------------------------------------------x

## DEFENDANT WASHINGTON MUTUAL BANK'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Washington Mutual Bank, by its attorneys Heller Ehrman LLP, hereby states that it is wholly owned by its parent company, Washington Mutual, Inc., a publicly held corporation.

Dated: New York, New York
       June 27, 2008

                                    ___/s/ Victor J. Rocco_____
                                    HELLER EHRMAN LLP
                                    Victor J. Rocco (VR-4191)
                                    (victor.rocco@hellerehrman.com)
                                    7 Times Square
                                    New York, NY 10036
                                    Phone: (212) 832-8300
                                    Fax: (212) 763-7600

                                    Attorneys for Defendants WM Asset Holdings
                                    Corp. CI 2007-WM2, WM Asset Holdings CI
                                    2007-WM2 LLC, WM Asset Holdings Corp.,
                                    WaMu Asset Acceptance Corp., WaMu Capital
                                    Corp., Washington Mutual Bank, and
                                    Washington Mutual, Inc.