UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
GOOD HILL PARTNERS L.P. ON BEHALF  :
OF GOOD HILL MASTER FUND, L.P.,   :    ELECTRONICALLY FILED
                                   :
       Plaintiff,                 :    Case No. 08 Civ. 3730 (JSR)
                                   :
    -against-                      :
                                   :
WM ASSET HOLDINGS CORP. CI 2007-   :
WM2, WM ASSET HOLDINGS CO 2007-   :
WM2 LLC, WM ASSET HOLDINGS CORP., :
WAMU ASSET ACCEPTANCE CORP.,       :
WAMU CAPITAL CORP., WASHINGTON    :
MUTUAL BANK, and WASHINGTON        :
MUTUAL, INC.,                      :
                                   :
       Defendants.               :
-----------------------------------------------------------------x

## DEFENDANT WASHINGTON MUTUAL, INC.'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Washington Mutual, Inc., by its attorneys Heller Ehrman LLP, hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       June 27, 2008

                                        ___/s/ Victor J. Rocco_____
                                        HELLER EHRMAN LLP
                                        Victor J. Rocco (VR-4191)
                                        (victor.rocco@hellerehrman.com)
                                        7 Times Square
                                        New York, NY 10036
                                        Phone: (212) 832-8300
                                        Fax: (212) 763-7600

                                        Attorneys for Defendants WM Asset Holdings
                                        Corp. CI 2007-WM2, WM Asset Holdings CI
                                        2007-WM2 LLC, WM Asset Holdings Corp.,
                                        WaMu Asset Acceptance Corp., WaMu Capital
                                        Corp., Washington Mutual Bank, and
                                        Washington Mutual, Inc.