UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

GOOD HILL PARTNERS L.P. ON BEHALF    :
OF GOOD HILL MASTER FUND, L.P.,       :      ELECTRONICALLY FILED
                                             :
                Plaintiff,          :      Case No. 08 Civ. 3730 (JSR)
                                             :
          -against-         :      **NOTICE OF MOTION**
                                           :
WM ASSET HOLDINGS CORP. CI 2007-    :
WM2, WM ASSET HOLDINGS CO 2007-     :
WM2 LLC, WM ASSET HOLDINGS CORP.,  :
WAMU ASSET ACCEPTANCE CORP.,     :
WAMU CAPITAL CORP., WASHINGTON    :
MUTUAL BANK, and WASHINGTON       :
MUTUAL, INC.,                       :
                                           :
             Defendants.      :

----------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Victor J. Rocco, the exhibits annexed thereto, and Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc. (collectively, "Defendants"), by their attorneys Heller Ehrman LLP, will move this Court on August 4, 2008 at 2:00 p.m., before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, Room 14-B, 500 Pearl Street, New York, New York for an Order dismissing the Complaint in its entirety with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), and granting such other and further relief as the Court deems just and proper.

According to the schedule approved by the Court, Plaintiff's opposition to the motion is due on July 18, 2008, and Defendants' reply is due on July 25, 2008.  Oral argument has been set for August 4, 2008, at 2:00 p.m.


Dated:          New York, New York                    HELLER EHRMAN LLP
                June 27, 2008


                                                      By: ____/s/ Victor J. Rocco_____
                                                      Victor J. Rocco (VR-4191)
                                                      (victor.rocco@hellerehrman.com)
                                                      Jeremy N. Kudon (JK-8131)
                                                      (jeremy.kudon@hellerehrman.com)
                                                      7 Times Square
                                                      New York, NY 10036
                                                      Phone: (212) 832-8300
                                                      Fax: (212) 763-7600

                                                      Attorneys for Defendants WM Asset Holdings
                                                      Corp. CI 2007-WM2, WM Asset Holdings CI
                                                      2007-WM2 LLC, WM Asset Holdings Corp.,
                                                      WaMu Asset Acceptance Corp., WaMu Capital
                                                      Corp., Washington Mutual Bank, and
                                                      Washington Mutual, Inc.


To:    Mark S. Cohen
       Nathaniel P.T. Read
       COHEN & GRESSER LLP
       100 Park Avenue, 23rd Floor
       New York, NY 10169

       Attorneys for Plaintiff