UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| GOOD HILL PARTNERS L.P. ON BEHALF OF GOOD HILL MASTER FUND, L.P., | : | ELECTRONICALLY FILED |
| | : | |
| Plaintiff, | : | Case No. 08 Civ. 3730 (JSR) |
| | : | |
| -against- | : | **NOTICE OF MOTION** |
| | : | |
| WM ASSET HOLDINGS CORP. CI 2007-WM2, WM ASSET HOLDINGS CO 2007-WM2 LLC, WM ASSET HOLDINGS CORP., WAMU ASSET ACCEPTANCE CORP., WAMU CAPITAL CORP., WASHINGTON MUTUAL BANK, and WASHINGTON MUTUAL, INC., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Victor J. Rocco, the exhibits annexed thereto, and Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc. (collectively, "Defendants"), by their attorneys Heller Ehrman LLP, will move this Court on September 10, 2008 at 4:00 p.m., before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, Room 14-B, 500 Pearl Street, New York, New York for an Order dismissing the Amended Complaint in its entirety with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), and granting such other and further relief as the Court deems just and proper.

According to the schedule approved by the Court, Plaintiff's opposition to the motion is due on August 25, 2008, and Defendants' reply is due on September 3, 2008. Oral argument has been set for September 10, 2008, at 4:00 p.m.

| | | |
|---|---|---|
| Dated: | New York, New York<br>August 11, 2008 | HELLER EHRMAN LLP |

By: ___/s/ Victor J. Rocco_____
Victor J. Rocco (VR-4191)
(victor.rocco@hellerehrman.com)
Jeremy N. Kudon (JK-8131)
(jeremy.kudon@hellerehrman.com)
7 Times Square
New York, NY 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

Attorneys for Defendants WM Asset Holdings Corp. CI 2007-WM2, WM Asset Holdings CI 2007-WM2 LLC, WM Asset Holdings Corp., WaMu Asset Acceptance Corp., WaMu Capital Corp., Washington Mutual Bank, and Washington Mutual, Inc.

To:   Mark S. Cohen
      Marc E. Isserles
      Nathaniel P.T. Read
      COHEN & GRESSER LLP
      100 Park Avenue, 23rd Floor
      New York, NY 10169

      Attorneys for Plaintiff